**Form B23 (12/10)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court

NORTHERN     **District Of**   ILLINOIS

In re: Gavina, Maria D.

Case No.

Chapter   7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 114(d)(3) applies , or chapter 13 case must file this certification.  If a joint  petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

Gavina, Maria D.

[x] I, Gavina, Maria D.                              the debtor in the above-styled case hereby certify that on
(Printed Name of Debtor)

Date  8/19/13    I completed an instructional course in personal financial management provided

by Access Counseling, Inc.    ,an approved personal financial management provider.
(Name of Provider)

Certificate No.:  15317 - ILN - DE - 021659820

[ ] I, Gavina, Maria D.                              ,the debtor in the above-styled case, hereby certify that
(Printed Name(s) of Debtor)

no personal financial management course is required because:

*[ Check the appropriate box.]*

[ ] Incapacitated or disabled, as defined in 11 U.S.C. §109(h);
[ ] Active military duty in a military combat zone; or
[ ] Reside in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *Maria De Lourdis Gavina*
Date: 8-19-13

---

*Instructions:* Use this form only to certify wheather you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days for the first date set for the meeting of creditors under § 341 of the Bankruptcy code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)